JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-7661-GW-AFMx | Date | March 20, 2023 |
|---|---|---|---|
| Title | R. Tubaman v. John Lambert, et al. | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**     **IN CHAMBERS - ORDER**

On October 20, 2022, Plaintiff filed a civil rights complaint and a request to proceed in forma pauperis. On February 22, 2023, this Court issued an order indicating Plaintiff was ordered to file the necessary financial information in a coherent form, and an amended complaint which states the basis for subject matter jurisdiction. *See* ECF No. 25. Plaintiff was informed that failure to do so would result in a dismissal without prejudice. Plaintiff has not supplied the required documentation within 30 days of the order. Hence, this lawsuit is dismissed without prejudice.

  :  

Initials of Preparer    JG